## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANDREW P. MALLON | ) | |
| | ) | |
| Plaintiff, | ) | ECF CASE |
| | ) | |
| v. | ) | |
| | ) | Case No. |
| JOHN MARSHALL,  and | ) | |
| DENNIS J. GOEBEL | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Dr. Andrew P. Mallon files this Complaint against Defendants and alleges the following:

### Nature of Action

1.      This is a civil action seeking a declaratory judgment and injunctive relief regarding copyright ownership of a scholarly paper pursuant to the Copyright Act, 17 U.S.C. § 101 *et seq*.

### Parties

2.      Plaintiff Dr. Andrew P. Mallon ("Dr. Mallon") is a resident of 32 Riverside Drive in Lincoln, Rhode Island, 02865.

3.       On information and belief, Defendant John Marshall ("Dr. Marshall") is a resident of 27 Walnut Road. Barrington, RI 02806.

4.      On information and belief, Defendant Dennis J. Goebel is a resident of 2205 Silvermaple Ct., Wixom, MI 48393-1892, and works at Wayne State

University, Department of Anatomy and Cell Biology, 8374 Scott Hall, 540 E CanField

Ave., Detroit MI. 48201-1928.

## Jurisdiction and Venue

5.      This Court has jurisdiction to hear this action pursuant to 28 U.S.C.

§ 1331 and 1338 because this case arises under the Copyright Act, 17 U.S.C. §§ 101 *et*

*seq*.

6.      This Court has authority to order declaratory relief under the

Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 because there is a live

controversy between Plaintiff and Defendant that includes a dispute over proper

allocation of authorship and publication of the paper in question.

7.      Venue in this district is proper pursuant to 28 U.S.C. § 1391

because the paper in question was published in Massachusetts and Plaintiff's business is

located and harmed in Massachusetts.

## Background

### Dr. Mallon's Research and Writing on CN 2097 to Treat Learning and Memory Disorders

8.      Dr. Mallon joined the laboratory of Dr. Marshall (the "Marshall

Lab") in July 2008 as a post-doctorial research associate. Dr. Marshall is a professor of

biology at Brown University and that is where his laboratory is located.

9.      Dr. Mallon has extensive experience as a biotech entrepreneur,

specializing in the identification and creation of early stage value in promising

therapeutics in diseases that have high unmet clinical need.

2

10.   Dr. Mallon is also an expert in the pharmacology of peptide and protein drugs and, in particular, their use in disorders involving membrane bound proteins, and an expert in learning and memory disorders.

11.   His expertise and experience in these fields led Dr. Marshall to recruit him to work in his laboratory and to undertake research on CN 2097 and related compounds.

12.   Dr. Mallon was primarily in charge of researching CN 2097. He planned, prepared, or reviewed all of the data related to the project and supervised and trained other scientists working on the project.

13.   In October 2008, Dr. Mallon drafted and submitted a grant application to the Rhode Island Science and Technology Advisory Council. The Council awarded the research grant in February 2009.

14.   As a result of the research that the grant helped fund, Dr. Mallon discovered that a certain chemical compound referred to as CN 2097 enhances long-term potentiation ("LTP") in the hippocampus of normal rats and Angelman Syndrome mice.

15.   Long-term potentiation enhancement is important because LTP is widely considered the cellular basis of learning and memory, and its enhancement has potential utility in treating learning and memory disorders, including Angelman Syndrome ("AS"). AS is a neurodevelopment disorder characterized by seizures, severe cognitive impairment and a high rate of autism.

16.   In 2009, Dr. Mallon disclosed to Dr. Marshall and Brown University, his invention, resulting in the filing of a patent called "Long term potentiation with cyclic-glur6 analogs." United States Patent Application Serial Number 13/389,047.

17.     To further his research, in May 2009, Dr. Mallon wrote a grant application to the Angelman Syndrome Foundation, which secured 2 years of funding for Dr. Mallon to continue his research into the use of CN 2097 or similar chemicals to treat AS.

18.     While Dr. Mallon was writing the research grant for the Angelman Syndrome Foundation, he led the effort to create a company to commercialize CN 2097 for the treatment of diseases, including learning and memory related diseases, including Angelman Syndrome. Drs. Mallon and Marshall were co-founders of the company, and Dr. Mallon handled the day-to-day operations of the company, grant writing, business strategy, presentations, license negotiations with Brown University, and was a Director, the President, CEO and Director of Research.

19.     In his role as Director of Research, Dr. Mallon wrote several small business innovative research ("SBIR") grant applications to the NIH to commercialize CN 2097.

20.     Drs. Mallon and Marshall believed their research continued to show that CN 2097 and related chemicals had the potential to treat important learning and memory related diseases and to protect related cells from damage. They believed that their research had advanced far enough to warrant drafting and publishing a paper describing their findings.

21.     Dr. Mallon worked independently for ten months drafting the CN 2097 Paper. In drafting the paper, he used a large proportion of his writing and figures he created while working at Ardane Therapeutic, including grant applications filed by Ardane Therapeutics and business documents. Dr. Mallon drafted and retained a number

4

of versions of the CN 2097 paper and the grant applications and Ardane Therapeutics' business documents from which large parts of the writing was derived.

22.     In October 2011, Drs. Mallon and Marshal submitted the paper describing their work to Neuron (the "Neuron Paper"), a leading academic journal (Exhibit A.). The Neuron Paper listed Dr. Mallon as the first author, representing his leading role in conceiving, researching and drafting the paper. They ultimately were not able to publish their paper on CN 2097 with Neuron.

23.     In response to Dr. Marshall's request for advice, Dr. Mallon suggested they submit their paper to PLOS Biology, another academic journal, for publication. Dr. Mallon also delineated detailed revisions to the paper to improve the quality of the submission.

24.     But before they could publish the revised paper, Drs. Mallon and Marshall had a falling out. In November 2011, Drs. Mallon and Marshall disagreed about how Ardane should be operated and about the required standards of legal and ethical conduct.

25.      Dr. Marshall was removed from the company and his interest in the company was surrendered. Dr. Cong Cao, who was a cancer biology consultant at the company, was also removed from that role.

**Submission of Dr. Mallon's Work to PLOS Biology Without Attribution**

26.     In December of 2009, Dr. Cong Cao joined the Marshall lab as a graduate student to complete his studies in cancer biology. Neuroscience and learning and memory investigation were not Dr. Cao's field of study. Although Dr. Cao was listed as a co-author on the Neuron Paper, he did not draft any part of the Neuron Paper and his

scientific contributions were similarly meager. Dr. Cao worked only to analyze samples

as directed and supervised by Drs. Mallon and Marshall. On information and belief, Dr.

Cao is no longer allowed to live and work in the United States and returned to China.

27.     After Drs. Mallon and Marshall stopped working together, Dr.

Marshall and several other scientists published Dr. Mallon's work related to CN 2097 and

described in the Neuron Paper.

28.     Using Dr. Mallon's research and the Neuron Paper, Drs. Marshall

and the other listed authors submitted Dr. Mallon's Neuron Paper with minor alterations

to PLOS Biology titled "Impairment of TrkB-PSD-95 Signaling in Angelman Syndrome"

(the "PLOS Biology Paper") (Exhibit B). The paper was accepted and published in

January 2013.

29.     When compared to the Neuron Paper, it is evident that Dr.

Marshall took Dr. Mallon's Neuron Paper and grant applications, changed them in a few

places, and published it as his own work. On information and belief, most of the other

listed authors were likely unaware that Dr. Marshall had largely copied Dr. Mallon's

Neuron Paper when submitting the PLOS Biology Paper whilst removing Dr. Mallon as

the first author.  The PLOS Biology Paper describes Drs. Marshall and Goebel as the

authors to contact if there are any questions or concerns regarding the paper.

30.     Some of the more glaring examples showing that Drs. Marshall

and the other authors published Dr. Mallon's work under their own name are included

below. These examples are comparisons between Dr. Mallon's Neuron Paper and the

PLOS Biology Paper.

**The PLOS Biology Paper Was Largely Copied From the Neuron Paper**

31.     The PLOS Biology paper on page 2 includes an almost verbatim inclusion from the Neuron Paper. It reads: "To examine the effects of CN2097 on LTP, field excitatory postsynaptic potentials (fEPSPs) were elicited from hippocampal slices of AS and WT littermate male mice, 2–4 mo of age, by stimulating Schaffer collaterals and recording from the stratum radiatum of the CA1 area." The Neuron Paper on page 3 reads: "To examine the effects of CN2097 on LTP, field excitatory postsynaptic potentials (fEPSPs) were elicited from hippocampal slices of AS and WT littermate male mice, 2-4 months of age, by stimulating Schaffer collaterals and recording from the stratum radiatum of the CA1 area."

32.     The PLOS Biology paper on page 2 includes an almost verbatim inclusion from the Neuron Paper. It reads: "This LTP was shown to be NMDA receptor dependent, as it was blocked by APV, a competitive NMDA receptor antagonist… CN5135, a negative control compound where the 0 and −2 ring positions of CN2097 were substituted with alanine residues to disrupt PDZ binding (Figure S1A), did not significantly increase the LTP induction rate of a single HFS."  The corresponding section in the Neuron Paper on page 3 reads: "This LTP was NMDA receptor dependent, as it could be blocked by APV, an NMDA receptor antagonist… In contrast, a negative control compound, CN5135, in which the 0 and -2 ring positions of CN2097 were substituted with alanine residues, disrupting PDZ binding, did not facilitate LTP."

33.     The PLOS Biology paper on page 2 includes an almost verbatim inclusion from the Neuron Paper.  It reads: "In AS hippocampal slices, deficits in LTP were reported to be due to an alteration in the induction threshold, and LTP could be

rescued by increasing synaptic stimulation at 32°C [8]. Consistent with previous studies [6-8, 15], we were unable to induce LTP in AS mice, using either a single (n = 5) or two sets of HFS (n = 7)." The Neuron Paper on page 3 reads: "In AS mice, deficits in LTP were reported to be due to an alteration in the induction threshold, which could be rescued by increasing synaptic stimulation (Weeber et al., 2003) … In agreement with previous studies (Jiang et al., 1998; van Woerden et al., 2007; Yashiro et al., 2009), we were unable to induce LTP in AS mice, using up to three HFS, 10 seconds apart (LTP3)."

34.     The PLOS Biology paper on page 2 includes an almost verbatim inclusion from the Neuron Paper. It reads: "To determine whether AS mice exhibit defects in BDNF signaling, we performed western blot analysis probed with phospho-specific antibodies … ." The Neuron Paper on page 3 reads: "To determine whether AS mice exhibit defects in BDNF signaling … western blot analysis probed with phospho-specific antibodies … ."

35.     The PLOS Biology paper on page 3 includes an almost verbatim inclusion from the Neuron Paper.  It reads: "As a measure of BDNF-induced PI3K activity, we examined the phosphorylation state of its downstream effector, the serine/threonine kinase Akt [49]."  The Neuron Paper on page 4 reads: "As a measure of BDNF-induced PI3K activity, we examined the phosphorylation state of its downstream effector, the serine/threonine kinase Akt … ."

36.     The PLOS Biology paper on page 11 includes an almost verbatim inclusion from the Neuron Paper. It reads: "Brains were rapidly removed and placed in 4°C dissecting solution (containing 60 mM NaCl, 3 mM KCl, 1.25 mM NaH2PO$_4$, 28 mM NaHCO$_3$, 110 mM sucrose, 0.6 mM ascorbic acid, 5 mM Dextrose, 7 mM MgCl$_2$,

and 0.5 mM $CaCl_2.H_2O$, [pH 7.25–7.35]).” The Neuron Paper on page 8 reads: “Brains

were rapidly removed and placed in 4 °C dissecting solution (containing 60 mM NaCl, 3

mM KCl, 1.25 mM NaH2PO4, 28 mM $NaHCO_3$, 110 mM sucrose, 0.6 mM ascorbic acid,

5 mM Dextrose, 7 mM $MgCl_2$ and 0.5 mM $CaCl_2.H_2O$, pH (7.25–7.35).”

     37.     The PLOS Biology paper on page 11 includes an almost verbatim

inclusion from the Neuron Paper. It reads: “For Western blot analyses, several brain

slices were transferred to room temperature 20-ml submersion chambers containing

continually oxygenated ACSF. Test reagents were added directly to the chamber.”  The

Neuron Paper on page 8 reads:  “For western blot analyses, several brain slices were

transferred to room temperature 20 ml submersion chambers containing continually

oxygenated ACSF. Test reagents were added directly to the chamber.”

     38.     The PLOS Biology paper on page 2 includes an almost verbatim

inclusion from the Neuron Paper describing the experimental conditions that Dr. Mallon

used in his research. Dr. Mallon, alone, established the novel methods and the apparatus

used and described in the paper. The results described in the paper are also largely

recorded in Dr. Mallon’s laboratory notebooks. It reads:

> “For electrophysiological recordings, slices were
> transferred to a 1-ml submersion-type recording chamber
> perfused with 30ºC, oxygenated ACSF at 2 ml/min-1.
> Borosilicate glass microelectrodes (resistance ,1 MV) were
> placed in CA1 stratum radiatum for extracellular
> recordings. Synaptic responses were elicited by stimulation
> of the Schaffer Collaterals with 0.3-ms square wave pulses
> with a concentric bipolar electrode. Stimulation intensity
> was adjusted to record stable (,5% drift) fEPSPs at 50% of
> maximum amplitudes (.2 mV minimum). fEPSPs were
> recorded (AxoClamp2B amplifier, Axon instruments),
> Bessel filtered at 1 Hz and 1 kHz (Dagan, EX1 Differential
> Amplifier), digitized at 10 kHz (NI BNC2010A), and
> stored for analysis (Igor pro, Neuromatic and nClamp,

> www.neuromatic.thinkrandom.com). HFS trains consisted
> of one, two, or three 1-s 100-Hz, 0.2-ms pulse duration,
> over 30 s. Effects were presented as average 6 SEM.
> Significance was determined using paired t tests."

The Neuron Paper on page 8 reads:

> "For electrophysiological recordings, slices were
> transferred to a 1ml submersion-type recording chamber
> perfused with 30ºC,oxygenated ACSF at 2mlmin-1.
> Borosilicate glass microelectrodes (resistance <1MΩ) were
> placed in CA1 stratum radiatum for extracellular
> recordings.  Synaptic responses were elicited by stimulation
> of the Schaffer Collaterals with 0.3ms square wave pulses
> with a concentric bipolar electrode.  Stimulation intensity
> was adjusted to record stable (<5% drift) field excitatory
> post-synaptic potentials (fEPSPs) at 50% of maximum
> amplitudes (>2mV minimum).  fEPSPs were recorded
> (AxoClamp2B amplifier, Axon instruments), Bessel
> filtered at 1Hz and 1kHz (Dagan,EX1 Differential
> Amplifier), digitized at 10kHz (NI BNC2010A) and stored
> for analysis (Igor pro, Neuromatic and nClamp,
> www.neuromatic.thinkrandom.com). High frequency
> stimulation (HFS) trains consisted of 1, 2 or 3, one-second
> 100Hz, 0.2ms, pulses over 30 seconds."

39.     Despite incorporating large sections of Dr. Mallon's first-author Neuron Paper word-for-word, and figure-for-figure, Dr. Mallon was not listed as an author.

### The PLOS Biology Paper Was Published in Massachusetts and the Publication Harmed Dr. Mallon in Massachusetts

40.     Prior to the publication of the PLOS Biology Paper, Dr. Mallon started a company to develop and commercialize chemical compounds to treat learning and memory diseases called Calista Therapeutics, Inc. Its place of business is 55 Northern Avenue, Boston and Dr. Mallon is the Chief Executive Officer.

10

41.     Dr. Mallon's new company and Ardane were prohibited from developing the CN 2097 compound because Brown's Technology Transfer Office explicitly refused to license him the related intellectual property due to the political influence of Dr. Marshall, a faculty member. Contrary to earlier promises, they refused to license the CN 2097 intellectual property to Ardane and instead planned to license it to Dr. Marshall's new company, Angelus LLC ("Angelus").

42.     Nevertheless, Dr. Mallon created new compounds to treat learning and memory related diseases in direct competition with Dr. Marshall. Dr. Mallon was in competition with Angelus, Dr. Marshall's new company, for investment and grant dollars, and potential partnerships. Central to that competition was and is the ability to convince potential investors, partners and granting agencies that the leaders of the respective companies have the skills and experience in learning related research to advance a drug through research and development.

43.     Dr. Marshall published the PLOS Biology Paper throughout Massachusetts and it was read by a large number of potential investors and partners. Massachusetts is home to many biotechnology companies and investors, and they read trade publications to keep abreast of recent developments. The PLOS Biology Paper was particularly important because it addressed a potential therapeutic drug that has extensive commercial possibilities.

44.     On information and belief, Dr. Marshall decided not to list Dr. Mallon as an author on the PLOS Biology Paper in an attempt to gain a competitive advantage for himself and his company Angelus at the expense of Dr. Mallon.

45.     On information and belief, Dr. Marshall also decided not to list Dr. Mallon as an author in retaliation for Dr. Mallon cooperation with authorities into the actions of Drs. Marshall and Cao.

46.     On information and belief, Dr. Marshall also decided not to list Dr. Mallon as an author because Dr. Mallon stated that he believed that Dr. Cao and his work related to CN 2097 was no longer reliable and should not be published without independent substantiation of its integrity. Specifically, in his day-to-day supervision of Dr. Cao, Dr. Mallon had detected fabrication and falsification of data to support Dr. Cao's scientific conclusions. On information and belief, Dr. Marshall excluded Dr. Mallon from submission of the PLOS Biology Paper so he would not insist on proper standards of integrity of the data.

47.     In February 2013, Dr. Mallon wrote PLOS Biology informing them of that authorship on the PLOS Biology Paper was incorrect and that he was a co-owner of the copyright. Dr. Mallon also alleged and substantiated several instances of serious scientific misconduct that undermined the reliability of the PLOS Biology paper. Dr. Mallon requested a retraction of the paper. PLOS Biology did not retract or correct the paper.

### First Claim for Relief
### (Declaratory Judgment of Authorship)

48.     The allegations in paragraphs 1-47 are incorporated into this claim for relief.

49.     On information and belief, the copyright for the PLOS Biology Paper is not registered with the U.S. Library of Congress.

50.     Dr. Mallon, conceived, planned, supervised and undertook the research described in the PLOS Biology paper. And he wrote the majority of the text and figures in the PLOS Biology Paper.

51.     Drs. Marshall and Goebel published the PLOS Biology Paper using Dr. Mallon's written work, analysis and research results without identifying him as an author.

52.     The absence of Dr. Mallon's name on the paper constitutes an improper publication of the paper because Dr. Mallon's work was published without his acknowledgement or permission.

53.     Dr. Mallon is a co-author and co-owner of the copyright of the PLOS Biology paper.

### Prayer for Relief

Wherefore, Plaintiff respectfully requests the following relief:

A.      Declaratory judgment that Dr. Mallon is a co-author and co-owner of the copyright of the PLOS Biology paper;

B.      Full retraction of the PLOS Biology paper;

C.      Republication of the PLOS Biology paper listing Dr. Mallon as the first author.

D.      Costs and attorneys' fees.

13

Respectfully submitted,

 /s/ Brian D. O'Reilly

Brian D. O'Reilly (655402)
O'REILLY IP PLLC
10 Jay Street
Suite 416
Brooklyn, NY 11201
Tel: (212) 390-0096
Fax: (212) 390-8684
Email: brian@oreillyip.com

Dated: March 3, 2014